IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEKSEI VATAZHOK,<br>A# 220-392-484,<br><br>*Petitioner*,<br><br>V.<br><br>ROSE THOMPSON, Warden, Karnes County Immigration Processing Center; *et al.*,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-06746-FB |

**<u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

Before the Court is Petitioner's Unopposed Motion for Extension of Time. (ECF No. 5). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for Extension of Time (ECF No. 5) is GRANTED such that Petitioner shall have, as requested, until November 12, 2026, to file a reply to Respondents' response to Petitioner's writ of habeas corpus.

It is so ORDERED.

SIGNED this 12th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE